

The Equal Employment Opportunity Commission filed a complaint on behalf of Donnicia Venter
Gary Popken
to:
LNH
02/09/2012 10:05 AM
Hide Details
From: "Gary Popken" <popkorn@airmail.net>

To: <LNH@txs.uscourts.gov>

```
Please file and enter.

L • N • H
USDJ
```

Judge Hughes,
I was just reading the ABC News story on the subject.
I noticed you were quoted as saying "firing someone because of lactation or breast-pumping is not sex discrimination.".
All I can wonder is who paid you off.
That was a no brainer decision and you blew it.
Sincerely,
Gary Don Popken
15706 Overmead Circle
Dallas, TX 75248-4231
972-980-6919 H
214-693-6707 C