

What??
Marjorie Snook
to:
LNH
02/09/2012 02:28 PM
Hide Details
From: "Marjorie Snook" <msnook@newfields.com>

To: <LNH@txs.uscourts.gov>

Please file and enter.

L • N • H
USDJ

Lactation is not a childbirth-related condition? Are you serious? That has got to be one of the most ridiculous things I have ever seen written in a judicial opinion, which is a low, low bar.

People utterly lacking in sense should not be allowed to determine the rules by which we all live. Your idiocy is a slap in the face to all new mothers working so hard to take care of their children and support themselves. Shame on you.

Marjorie Hall Snook