**If not sex discrimination...**
Richard & Linda Speel    to: LNH                    02/10/2012 02:58 PM

From:      Richard & Linda Speel <rlspeel@att.net>
To:        LNH@txs.uscourts.gov

Hello,

I read an article today that you ruled against a woman for losing her job for lactating in the work place.

What do you call what she was doing otherwise?

Thanks,
Richard

Please file and enter.

L • N • H
USDJ