

**breastfeeding and employment/pumping at work**
Erin O'Reilly    to: LNH, Erin O'Reilly                                    02/17/2012 02:15 PM

From:   Erin O'Reilly <eloreilly@sbcglobal.net>
To:     LNH@txs.uscourts.gov, Erin O'Reilly <eloreilly@sbcglobal.net>

Dear Judge Hughes, I am a lactation consultant and La Leche League Leader. I work with many women who breastfeed and work. Breastfeeding makes the breasts similar to a bladder and for a woman not to be able to pump at work is like not being able to void her bladder. A breastfeeding mother who does not pump at work is at risk of plugged ducts, mastitis and lowered milk supply resulting in an earlier than recommended weaning and possible illness. New federal recommendations and legislation support pumping breaks at work for up to 1 year. Maybe you are not aware of this. I saw that you ruled against a breastfeeding mother who was appealing her termination of employment. Most countries give new mothers paid maternity leave! At least here in America we could allow new mothers to relieve their full breasts by pumping at work since we don't have paid maternity leave!
Sincerely, Erin O'Reilly, RN,MSNR,IBCLC

Please file and enter.

L. N. H
USDJ