IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:11-cv-02442 |
| HOUSTON FUNDING II, LTD. AND HOUSTON FUNDING CORPORATION, | § § § § | |
| Defendants. | § | **JURY TRIAL** |

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S NOTICE OF APPEAL
TO THE COURT OF APPEALS FROM THE JUDGMENT OF THE DISTRICT COURT**

NOTICE is hereby given that the Equal Employment Opportunity Commission, Plaintiff in the above styled and numbered case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on February 3, 2012.

Respectfully submitted,

 /s/  Claudia Molina-Antanaitis
Claudia Molina-Antanaitis
Attorney-in-Charge
Maryland Bar No. N/A
Southern Dist. of Texas No. 1037069
Equal Employment Opportunity
Commission
1201 Louisiana Street, 6th Floor
Houston, Texas 77002
(713) 651-4952
(713) 651-7995 [facsimile]

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of Equal Employment Opportunity Commission's Notice of Appeal to the Court of Appeals from the Judgment of the District Court was served via electronic mail and via the CM/ECF system on March 30, 2012 to the following:

Mark J. Oberti
Oberti Sullivan LLP
723 Main Street, Suite 340
Houston, Texas 77002
mark@osattorneys.com

            /s/ Claudia Molina-Antanaitis
            Claudia Molina-Antanaitis